IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE HOWARD, AIMEE WALLACE, and ROBERT KELLENBECK,<br><br>          Plaintiffs,<br><br>vs.<br><br>JESSE TODD and MONTANA D. TODD,<br><br>          Defendants. | CV 22–55–M–DWM<br><br><br>ORDER |

Defendants Jesse Todd and Montana Todd having filed a pro se answer in this matter, (*see* Doc. 11), but also having indicated that they plan to seek counsel,

IT IS ORDERED that counsel for Defendants, if any, shall file a notice of appearance in the case on or before April 29, 2022. Counsel must then comply with the existing preliminary pretrial conference schedule.

DATED this 7th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court