IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE HOWARD, AIMEE WALLACE, and ROBERT KELLENBECK, <br><br> Plaintiffs, <br><br> vs. <br><br> JESSE TODD and MONTANA D. TODD, <br><br> Defendants. | CV 22–55–M–DWM <br><br><br><br> ORDER |

Defendants having identified their objections to the proposed partition order submitted by Plaintiffs, (*see* Docs. 58, 61),

IT IS ORDERED that Plaintiffs shall file a response on or before July 10, 2023, addressing each objection raised by Defendants.

DATED this 26th day of June, 2023.

_____
Donald W. Molloy, District Judge
United States District Court