UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOLENE HOWARD, AIMEE WALLACE, and ROBERT KELLENBECK,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JESSE TODD and MONTANA D. TODD,<br><br>　　　　　　　Defendants. | CV 22-55-M-DWM<br><br>JUDGMENT |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED, that Judgment is entered in accordance with the Court's Partition Order, signed and dated July 13, 2023 (Doc. 70).

　　　Dated this 13th day of July, 2023.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Michelle Badaruddin
　　　　　　　　　　　　　　　Michelle Badaruddin, Deputy Clerk